**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ. (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST; PAINTERS AND FLOORCOVERERS JOINT COMMITTEE; PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; PAINTERS ORGANIZING FUND; PAINTERS, GLAZIERS AND FLOORCOVERERS SAFETY TRAINING TRUST FUND; SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND, by and through their designated fiduciary John Smirk; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; FINISHING CONTRACTORS INDUSTRY FUND; PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE, by and through their designated fiduciary, Gary Meyers,<br><br>             Plaintiffs,<br><br>vs.<br><br>PRACTICAL FLOORING, INC., a Nevada corporation; DANETTE LEE ROYBAL, an individual; LEO BERNARD ROYBAL, JR., an individual; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; PLATTE RIVER INSURANCE COMPANY, | CASE NO.: 2:14-cv-01948-RFB-CWH<br><br>**<u>STIPULATION AND ORDER TO DISMISS MGM RESORTS INTERNATIONAL WITHOUT PREJUDICE</u>** |

a Wisconsin corporation; AUSTIN GENERAL CONTRACTING, INC., a Nevada corporation; MGM RESORTS INTERNATIONAL, a Delaware corporation; DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,

Defendants.

The Plaintiffs identified above (hereinafter "Plaintiffs" or "Trusts"), acting by and through their attorneys, Christensen James & Martin, and the Defendant MGM RESORTS INTERNATIONAL ("MGM"), acting by and through its attorneys, Snell & Wilmer, hereby Stipulate and Agree ("Stipulation") as follows:

1. Plaintiffs and Practical Flooring, Inc. have executed settlement documents ("Settlement"), effectively resolving all claims asserted in this Case. The Settlement calls for Practical Flooring, Inc. ("Practical Flooring") to perform certain acts on or before the date of **April 1, 2017**. A stipulation and order to stay the case through that same date was filed on March 9, 2015 [Doc. 5].

2. The claims asserted against MGM are dismissed without prejudice.

3. MGM recognizes that the filing of the Complaint in this matter tolled the applicable statute(s) of limitation and agrees that the applicable statute(s) of limitation shall remain tolled pending Practical Flooring's performance under the Settlement, despite the fact that MGM has been dismissed without prejudice.

4. Upon full performance by Practical Flooring of all acts required by the Settlement, the Plaintiffs and MGM shall file a stipulation of dismissal with prejudice.

5. Each Party shall bear its own attorney's fees and costs incurred to date.

///

///

///

///

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN | SNELL & WILMER, LLP |
| By: /s/ *Wesley J. Smith* <br> Wesley J. Smith, Esq. <br> *Attorneys for Plaintiffs* | By: /s/ *Marek P. Bute* <br> Marek P. Bute, Esq. <br> *Attorneys for MGM Resorts International* |
| Date: March 11, 2015. | Date: March 11, 2015. |

**IT IS SO ORDERED.**

DATED and done this 18th day of March, 2015.

Submitted by:

CHRISTENSEN JAMES & MARTIN
By: /s/ *Wesley J. Smith*
Wesley J. Smith, Esq.
Nevada Bar No. 11871
*Attorneys for Plaintiffs*

_____
RICHARD F. BOULWARE, II
United States District Judge